UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20357-KMM

UNITED STATES OF AMERICA,

vs.

LONTRELL WILLIAMS et al.,

        **Defendants.**
_____/

## RESTITUTION ORDER

THIS CAUSE came before the Court upon the United States' Restitution Memorandum (ECF No. 222), corresponding exhibits (ECF Nos. 222-1-4; 237), and status reports (ECF Nos. 233, 238, 246). The Court has considered the record, reviewed the memorandum, exhibits, status reports, and is otherwise advised in the premises. It is hereby:

**ORDERED AND ADJUDGED** that the defendants Lontrell Williams, Jr., Bobby Brown, and Jayden Darosa shall pay restitution in the amount of $80,000 for victim J.S. and $76,585 for victim B.C., for which Defendants are jointly and severally liable, payable to the victims as set forth on the list of victims, to be provided by the United States Office of Probation by separate memorandum. The Criminal Judgments will be amended to reflect total restitution in the amount of $156,585.00.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __28th__ day of March, 2023.

                                                    HON. K. MICHAEL MOORE
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Records
U.S. Probation Office