UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20357-CR-MOORE/LOUIS(s)

UNITED STATES OF AMERICA

v.

LONTRELL D. WILLIAMS,

    Defendants.
_____/

## UNITED STATES' STATUS REPORT

The United States hereby files this status report regarding the return of property. The United States understands that defense counsel was unable to identify a date within which to conduct their requested property review and return before today's date. In addition to contact with the undersigned, the United States has provided defense with the contact information with assigned case agents to facilitate their ability to schedule the property review and return.

The United States respectfully seeks an extension of two weeks to allow defense counsel to identify a date within which they are available to conduct the property inspection and return.

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By: /s/ Ignacio J. Vázquez, Jr.
     Ignacio J. Vázquez, Jr.
     Assistant United States Attorney
     Florida Bar No. 16275
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9318